UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
DEVYANI MEHTA,                        :
                                      :
       Plaintiff,                    :
                                      :   CASE NO.: 1:19-cv-09091-PGG
   v.                                 :
                                      :
NRC GROUP HOLDINGS CORP, JAMES         :
R. BAUMGARDNER, CHRISTIAN T.           :
SWINBANK, JAMES O'NEILL III, C.        :
ALEXANDER HARMAN, GLENN M. SHOR,       :
JOHN ROSS RAPAPORT, DANIEL J.          :
HENNESSY, DONALD GLICKMAN,             :
and MICHAEL J. BAYER,

       Defendants
------------------------------------- X

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action as moot.  This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: November 19, 2019                     Respectfully Submitted,

                                             **MONTEVERDE & ASSOCIATES PC**

**OF COUNSEL:**                              */s/ Juan E. Monteverde*
                                             Juan E. Monteverde (JM-8169)
**ADEMI & O'REILLY, LLP**                    The Empire State Building
Guri Ademi                                   350 Fifth Avenue, Suite 4405
Jesse Fruchter                               New York, New York 10118
3620 East Layton Avenue                      Tel: 212-971-1341
Cudahy, Wisconsin 53110                      Fax: 212-202-7880
Tel: (414) 482-8000
Fax: (414) 482-8001
Email: gademi@ademilaw.com                   *Attorney for Plaintiff*
jfruchter@ademilaw.com
*Attorneys for Plaintiff*